UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BARNETT GLOVER,**

       Plaintiff,

       v.

**DR. KIRSHER, et al.,**

       Defendants.

Case No. 2:13-cv-976
**JUDGE GREGORY L. FROST**
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's April 2, 2015 Report and Recommendation. (ECF No. 43.) In that filing, the Magistrate Judge cited Plaintiff's failure to keep the Court advised of his current address and to respond to a March 5, 2015 Order as evidence of Plaintiff's clear abandonment of this litigation. (*Id.* at Page ID # 282.) The Magistrate Judge recommended that the Court dismiss this action without prejudice for failure to prosecute. (*Id.*)

The Report and Recommendation advised the parties that a failure to file a timely objection would waive the right to *de novo* review by the undersigned and would waive the right to appeal the decision adopting the Report and Recommendation. (*Id.* at Page ID # 282-83.)

No objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct. Therefore, the Court **ADOPTS** the Report and Recommendation and **DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute. The Clerk shall enter judgment accordingly and terminate this case on the docket

1

records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

                                                     /s/ Gregory L. Frost
                                              GREGORY L. FROST
                                              UNITED STATES DISTRICT JUDGE